UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PHILLIP HERNDON,

        Plaintiff,

v.

MICHAEL J. CROWLEY, *et al.*,

        Defendants.

_____/

Case No. 2:99-CV-137

Hon. Richard Alan Enslen

**ORDER**

This matter is before the Court on Plaintiff Phillip Herndon's Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b)(6). Plaintiff's Motion is basically a citation list of case law nearly a page in length. Beyond these citations, Plaintiff has not demonstrated any reason justifying relief from the operation of the Court's Judgment.

Furthermore, Plaintiff's Motion is brought almost four years after the Court entered Judgment against him. Plaintiff has not articulated any reason for his delay. The Court finds the Motion has not been brought within a reasonable time. *See* Fed. R. Civ. P. 60(b); *Olle v. Henry & Wright Corp.*, 910 F.2d 357, 365 (6th Cir. 1990). Finally, Plaintiff has neglected to sign the Motion. *See* Fed. R. Civ. P. 11.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Phillip Herndon's Motion for Relief from Judgment (Dkt. No. 101) is **DENIED.**

Dated in Kalamazoo, MI:
February 17, 2006

      /s/Richard Alan Enslen
Richard Alan Enslen
Senior United States District Judge